UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AF HOLDINGS, LLC.  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN DOE,  )<br>  )<br>  Defendant.  )<br>  )<br>_____ ) | CASE NO.:<br><br>Judge:<br>Magistrate Judge:<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff AF Holdings, LLC., does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Dated: December 13, 2011

Respectfully submitted,

AF Holdings, LLC
By: /s/ Joseph Perea
Joseph Perea – Fla. Bar No. 47782
Prenda Law, Inc.
1111 Lincoln Road, Ste 400
Miami Beach FL. 33139
T. 305-748-2102; F. 305-748-2103
E-mail: joperea@wefightpiracy.com

Attorney for Plaintiff