UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:11-CV-24473-JAL

AF HOLDINGS, LLC,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY TO IDENTIFY JOHN DOE

The Court has reviewed Plaintiff's Application for Leave to Take Expedited Discovery to Identify John Doe and the relevant case law.

Based upon the foregoing review, Plaintiff's Application for Leave to Take Expedited Discovery to Identify John Doe is GRANTED as follows:

1. Plaintiff may immediately serve a deposition subpoena on David Kozubal.

2. If Mr. Kozubal's deposition testimony does not reveal the infringer's identity, or at least allow Plaintiff to name the Doe Defendant in this matter, then Plaintiff should direct any further discovery requests at this Court, and specifically brief the Court on how proposed further discovery may lead to Plaintiff identifying the Doe Defendants.

3. If Mr. Kozubal's deposition testimony sufficiently enables Plaintiff to name a Doe Defendant in this case, Plaintiff may do so.

4. Any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint.

5. If Mr. Kozubal wishes to move to quash any subpoena issued pursuant to this Order, he must do so within 10 days of being served with the subpoena. Plaintiff shall serve a copy of this Order with the subpoena

6. Mr. Kozubal shall preserve any information, tangible thing, or Electronically Stored Information related to the subpoenas issued under this Order pending the resolution of any timely-filed motion to quash.

**IT IS SO ORDERED.**

Date: 2/2/12

United States District Court Judge
Magistrate