# Brian Bull

| | |
|---|---|
| **From:** | Brian Bull |
| **Sent:** | Monday, February 27, 2012 3:48 PM |
| **To:** | 'Joseph Perea' |
| **Subject:** | AF Holdings, LLC v. John Doe |
| **Attachments:** | DOC022712.pdf |

Enclosed please find an affidavit from David Kozubal. This is a sworn statement. It is under oath under penalties of perjury. He swears that he did not download the porn video, has no idea who could have downloaded the porn video, and has never even heard of bittorrent until your law firm's letter. I have done my independent research of bittorrent. I have spoken to several individuals who have knowledge on how bittorrent works. I have looked at dozens of website articles on how bittorrent works and how long it takes to download a video. All of the sites and all of the individuals agree that the time to download a full length HD movie over a cable internet connection is measured in hours not days. Mr. Kozubal was in NJ four days prior to the download.

I am still authorized to accept service of process of a subpoena but I do not understand why a deposition is needed to discover the identity of an alleged infringer. What other statement/information not contained in the affidavit do you want? I will do my best to provide it so he does not need to sit for a deposition. Please be advised that I intend to attach this email and any response or lack thereof to a motion for protective order.

The information contained in this electronic mail message is intended for the personal and confidential use of the individual or entity to whom it is addressed. If the recipient of this message is not the individual or entity to whom it is addressed or an agent responsible for delivering it to such individual or entity, you are hereby notified that this message is personal and confidential and any review, dissemination, distribution, transfer or copying of this message is strictly prohibited. If you are not the individual or entity to whom this message is addressed or an agent responsible for delivering it to such individual or entity, please immediately notify us by telephone at (561) 624-3900 and delete all versions of this message. Thank you.



S. Brian Bull, Esq.
**Scott, Harris, Bryan, Barra & Jorgensen, P.A.**
4400 PGA Boulevard, Suite 800
Palm Beach Gardens, Florida 33410
Tel 561.624.3900 Fax 561.624.3533
sbbull@scott-harris.com | www.scott-harris.com

"D"

2/28/2012