UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AF HOLDINGS, LLC,    CASE NO.: 1:11-CV-24473-JAL

    Plaintiff,

vs.

JOHN DOE,

    Defendant.
_____/

## ORDER ON MOTION TO QUASH SUBPOENA/PROTECTIVE ORDER AND MOTION FOR SANCTIONS

This cause came before the Court upon non-party David Kozubal's Motion for Protective Order/Protective Order and Motion for Sanctions concerning a subpoena served on him for his deposition to discover the identity of an alleged infringer. The Court having reviewed the file and being otherwise fully advised of the premises, it is

**ORDERED AND ADJUDGED** that the David Kozubal's Motion to Quash the Subpoena/Protective Order is **GRANTED** as follows:

1. The subpoena for deposition of David Kozubal is quashed. Based upon the affidavit of David Kozubal he does not need to sit for his deposition. If Plaintiff AF Holdings, LLC wishes to depose David Kozubal prior to a Rule 26 conference on matters outside the sworn statement contained in Mr. Kozubal's affidavit must first demonstrate through a motion and affidavit that it (1) attempted to cooperate with Mr. Kozubal to discover information through informal means or a supplemental affidavit, (2) specify the specific areas of inquiry and why these areas are necessary to establish the identity of an alleged infringer, and (3) set any

"E"

deposition of David Kozubal at his counsel's office in Palm Beach County, Florida.

2. Any deposition of David Kozubal pursuant to the Order granting Plaintiff's Application for Leave to Take Expedited Discovery to Identify John Doe (Docket Entry No. 7) shall be strictly limited to discovery of Mr. Kozubal's knowledge of the alleged infringer who allegedly downloaded "Sexual Obsession" allegedly on May 27, 2011, allegedly the IP Address of 174.61.126.20.

3. AF Holdings, LLC and its counsel are jointly and severally liable for reasonable attorney's fees in securing this order and in failing to comply with FRCP Rule 45(c)(1). The Court reserves jurisdiction to determine the amount.

DONE AND ORDERED in Chambers this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE