UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24473-CIV-LENARD/O'SULLIVAN

AF HOLDINGS, LLC,

     Plaintiff,

v.

JOHN DOE,

     Defendants.

_____/

## ORDER

THIS MATTER is before the Court on  the Non-Party, David Kozubal's, Motion to Quash Subpoena/Protective Order and Motion for Sanctions Concerning a Non-Party Subpoena Served on David Kozubal (DE # 8, 3/1/12).  Having held a hearing in this matter and for the reasons stated on the record, it is,

ORDERED AND ADJUDGED that the Non-Party, David Kozubal's, Motion to Quash Subpoena/Protective Order and Motion for Sanctions Concerning a Non-Party Subpoena Served on David Kozubal (DE # 8, 3/1/12) is GRANTED in part and DENIED in part in accordance with this Order.  It is further

ORDERED AND ADJUDGED that the Motion to Quash is DENIED.  The Motion for Protective Order is GRANTED in part, and the Motion for Sanctions is DENIED.  It is further

ORDERED AND ADJUDGED that the deposition of David Kozubal shall occur during the month of April 2012, at the office of S. Brian Bull, 4400 PGA Blvd., Suite 800, Palm Beach Gardens, FL 33140.  The deposition of Mr. Kozubal shall be limited to 90

minutes in length.

      **DONE AND ORDERED** in Chambers at Miami, Florida this **17th** day of April,

2012.

                                   _____
                                   JOHN J. O'SULLIVAN
                                   UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record